IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON     PLAINTIFF

v.     No. 3:15-cv-235-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center     DEFENDANT

## JUDGMENT

Addison's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

26 September 2015